PER CURIAM.
Affirmed. Tibbs v. State, 397 So.2d 1120 (Fla.1981), affirmed, 457 U.S. 31, 102 S.Ct. 2211, 72 L.Ed.2d 652 (1982); Thompson v. State, 389 So.2d 197 (Fla.1980); Hargrave v. State, 366 So.2d 1 (Fla.1978), cert. denied, 444 U.S. 919, 100 S.Ct. 239, 62 L.Ed.2d 176 (1979); Thompson v. State, 328 So.2d 1 (Fla.1976); Lynch v. State, 293 So.2d 44, 45 (Fla.1974); § 90.902(1), Fla.Stat. (1981).